**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Caleb Anderson, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

       *Plaintiff*,

- *against* -

MZI Cherry Corp., and Merwais Popal,

       *Defendants*.
-------------------------------------------------------------X

Case No.: 1:22-cv-06915

**CERTIFICATE OF DEFAULT**

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants MZI Cherry Corp., and Merwais Popal, have not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Defendants MZI Cherry Corporation Corp., and Merwais Popal is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
   September 8, 2023

                BRENNA B. MAHONEY, Clerk of Court

            By: *Jalitza Poveda*
               Deputy Clerk