**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Caleb Anderson, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                               *Plaintiff*,

    - against -

MZI Cherry Corp., and Merwais Popal,

                               *Defendants*.
-------------------------------------------------------------X

Case No.: 1:22-cv-06915-BMC

**NOTICE OF MOTION**

       **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated September 28, 2023, together with the Affidavit of Caleb Anderson (the "Anderson Aff."), and the supporting declaration of Jason Mizrahi, Esq. (the "Mizrahi Decl.") and the exhibits annexed thereto, Plaintiff Caleb Anderson (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Brian M. Cogan presiding, at the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order: entering default judgment against the Defendants MZI Cherry Corp., and Merwais Popal (together, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b), together with such other relief as this Court deems just and proper;

       **PLEASE TAKE FURTHER NOTICE** that answering and reply papers, if any, must be served by such date that the Court may order.

Dated:  New York, New York
           September 28, 2023

                                                By:   /s/ Jason Mizrahi
                                                          Jason Mizrahi, Esq.
                                                          Levin Epstein & Associates, P.C.
                                                          60 East 42nd Street, Suite 4700
                                                          New York, NY 10165
                                                          Tel. No.: (212) 792-0048
                                                          Email: jason@levinepstein.com
                                                          *Attorneys for Plaintiff*