UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CALEB ANDERSON, on behalf of himself
And others similarly situated in the proposed
FLSA Collective Action,

               Plaintiff,                                     JUDGMENT
                                                                 22-CV-6915(BMC)

        v.

MZI CHERRY CORP. and MERWAIS
POPAL,

               Defendants.
-------------------------------------------------------------- X

        An Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on October 24, 2023, granting the motion for a default judgment; directing the Clerk of Court to enter judgment in favor of Plaintiff, and against Defendants jointly and severally, in the amount of $2089.71 in compensatory damages, $2089.71 in liquidated damages, $11,530.00 in attorneys' fees, and $547.00 in expenses, for a total of $16,256.42; it is

        ORDERED and ADJUDGED that the motion for a default judgment is granted; and that judgment is entered in favor of the Plaintiff, and against Defendants jointly and severally, in the total sum of $16,256.42; and this case is closed.

Dated: Brooklyn, NY                                                                  Brenna B. Mahoney
        October 25, 2023                                                 Clerk of Court

                                                                                    By: */s/Jalitza Poveda*
                                                                                      Deputy Clerk