**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Caleb Anderson, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                            *Plaintiff*,

                          - *against* –

MZI Cherry Corp., and Merwais Popal,

                                           *Defendants*.
-------------------------------------------------------------X

Case No.: 22-cv-06915

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in this action on October 27, 2023 in favor of Plaintiff Caleb Anderson (the "Plaintiff") in the amount of $16,256.42, without interest, and inclusive of all costs and attorneys' fees, and the judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any sheriff or marshal.

THEREFORE, full and complete satisfaction of the judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the judgment.

Dated:   New York, New York
           May 6, 2024

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                      By: _____
                                            Joshua D. Levin-Epstein, Esq.
                                            60 East 42nd Street, Suite 470
                                            New York, New York 10165
                                            Email:   Joshua@levinepstein.com
                                            *Attorneys for Plaintiff*

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

On the __6th__ day of May 2024 before me personally came Joshua D. Levin-Epstein to me known and known to be a member of the firm of Levin-Epstein & Associates, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Jason Mizrahi
Notary Public, State of New York
Registration #02MI6434172
Qualified in New York County
Commission Expires May 31, 2026